# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Kellogg Brown & Root Services, Inc. | ) ASBCA No. 58661 |
| | ) |
| Under Contract No. DAAA09-02-D-0007 | ) |

APPEARANCES FOR THE APPELLANT:     Thomas Barrett, Esq.
                                              David Newsome, Esq.
                                                Counsel

APPEARANCES FOR THE GOVERNMENT:     E. Michael Chiaparas, Esq.
                                               DCMA Chief Trial Attorney
                                               Carol Matsunaga, Esq.
                                               Senior Trial Attorney
                                                 Defense Contract Management Agency
                                               Contract Disputes Resolution Center
                                               Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 13 March 2014

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58661, Appeal of Kellogg Brown & Root Services, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals